# United States Court of Appeals
## For the First Circuit

### DOCKETING STATEMENT

**No.** 24-1938        **Short Title:** FOMB et al v Municipality of Yabucoa et al

**Type of Action**

- ☑ Civil
- ☐ Criminal/Prisoner
- ☐ Cross Appeal

A. Timeliness of Appeal
  1. Date of entry of judgment or order appealed from 9/18/2024
  2. Date this notice of appeal filed 10/1/2024
     If cross appeal, date first notice of appeal filed
  3. Filing date of any post-judgment motion filed by any party which tolls time under Fed. R. App. P. 4(a)(4) or 4(b)
  4. Date of entry of order deciding above post-judgment motion
  5. Filing date of any motion to extend time under Fed. R. App. P. 4(a)(5), 4(a)(6) or 4(b)
     Time extended to

B. Finality of Order or Judgment
  1. Is the order or judgment appealed from a final decision on the merits? ☑ Yes  ☐ No
  2. If no,
     a. Did the district court order entry of judgment as to fewer than all claims or all parties pursuant to Fed. R. C. P. 54(b)? ☐ Yes  ☐ No
        If yes, explain
     b. Is the order appealed from a collateral or interlocutory order reviewable under any exception to the finality rule? ☐ Yes  ☐ No
        If yes, explain

C. Has this case previously been appealed? ☐ Yes  ☑ No
   If yes, give the case name, docket number and disposition of each prior appeal

D. Are any related cases or cases raising related issues pending in this court, any district court of this circuit, or the Supreme Court? ☐ Yes  ☑ No
   If yes, cite the case and manner in which it is related on a separate page. If abeyance or consolidation is warranted, counsel must file a separate motion seeking such relief.

Case: 24-1938     Document: 00118210805     Page: 2     Date Filed: 11/04/2024     Entry ID: 6679292

E. Were there any in-court proceedings below? ☑ Yes ☐ No
If yes, is a transcript necessary for this appeal? ☐ Yes ☑ No
If yes, is transcript already on file with district court? ☐ Yes ☑ No

F. List each adverse party to the appeal. If no attorney, give address and telephone number of the adverse party. Attach additional page if necessary.

1. Adverse party See Addendum
   Attorney
   Address
   Telephone

2. Adverse party
   Attorney
   Address
   Telephone

3. Adverse party
   Attorney
   Address
   Telephone

G. List name(s) and address(es) of appellant(s) who filed this notice of appeal and appellant's counsel. Attach additional page if necessary.

1. Appellant's name See Addendum
   Address
   Telephone

   Attorney's name
   Firm
   Address
   Telephone

2. Appellant's name
   Address
   Telephone

   Attorney's name
   Firm
   Address
   Telephone

Will you be handling the appeal? (In criminal cases counsel below will handle the appeal unless relieved by this court.) ☑ Yes ☐ No

Fed. R. App. P. 12(b) provides that each attorney who files a notice of appeal must file with the clerk of the court of appeals a statement naming each party represented on appeal by that attorney. 1st Cir. R. 12.0 requires that statement in the form of an appearance.

Signature /s/ Alexis Fuentes-Hernández, Esq.
Date 11/04/2024

# United States Court of Appeals for the First Circuit

## Docketing Statement
## Addendum

**Short Title**: FOMB et al v Municipality of Yabucoa et al
**Case No. 24-1938**

F. List each adverse party to the appeal. If no attorney, give address and telephone number of the adverse party. Attach additional page if necessary.

1. Adverse party – The Puerto Rico Electric Power Authority through the Financial Oversight and Management Board for Puerto Rico.

Attorneys for Adverse party
Herman D. Bauer
Carla García Benítez
Gabriela A. Miranda Rivera
O'NEILL & BORGES LLC
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel: (787) 764-8181
Fax: (787) 753-8944

Martin J. Bienenstock
Paul V. Possinger
Ehud Barak
Margaret A. Dale
Maximilian A. Greenberg (Admitted Pro Hac Vice)
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900


2. Adverse party – Cobra Acquisitions, LLC

Attorneys for Adverse party

Rafael Escalera Rodríguez
Sylvia M. Arizmendi
Carlos R. Rivera-Ortiz
REICHARD & ESCALERA, LLC

255 Ponce de León Avenue
MCS Plaza, 10th Floor
San Juan, PR 00917-1913
Telephone: (787) 777-8888

Ira S. Dizengoff (pro hac vice)
Abid Qureshi (pro hac vice)
Philip C. Dublin (pro hac vice)
Zach D. Lanier (pro hac vice)
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
Bank of America Tower
New York, NY 10036
Tel: (212) 872-1000
Fax: (214) 872-1002

Scott M. Heimberg (pro hac vice)
AKIN GUMP STRAUSS HAUER & FELD LLP
2001 K Street, N.W.
Washington, DC 20006
Tel: (202) 887-4000
Fax: (202) 887-4288

G. List name(s) and address(es) of appellant(s) who filed this notice of appeal and appellant's counsel. Attach additional page if necessary.

1. Appellant's Name: Municipality of Yabucoa
Address: P.O. Box 97, Yabucoa PR 00767
Telephone: (787) 893-3000

Attorneys for Appellant:

Alexis Fuentes-Hernández, Esq.
FUENTES LAW OFFICES, LLC
P.O. Box 9022726
San Juan, PR 00902-2726
Tel. (787) 722-5215, 5216

Francisco J. Ramos Martínez
Martínez-Álvarez, Menéndez Cortada & Lefranc Romero, PSC

Case: 24-1938     Document: 00118210805     Page: 6     Date Filed: 11/04/2024     Entry ID: 6679292

Centro Seguros Building, Suite 407
701 Ponce de León Avenue,
San Juan, PR 00907-3248
Tel. (787) 721-1140

2. Appellant's Name: Municipality of Guayama
Address: P.O. Box 360, Guayama PR 00785
Telephone: (787) 864-0600

Attorneys for Appellant:

Alexis Fuentes-Hernández, Esq.
FUENTES LAW OFFICES, LLC
P.O. Box 9022726
San Juan, PR  00902-2726
Tel. (787) 722-5215, 5216

Francisco J. Ramos Martínez
Martínez-Álvarez, Menéndez Cortada & Lefranc Romero, PSC
Centro Seguros Building, Suite 407
701 Ponce de León Avenue,
San Juan, PR 00907-3248
Tel. (787) 721-1140

3. Appellant's Name: Municipality of Cayey
Address: P.O. Box 371330, Cayey, Puerto Rico, 00737-1330
Telephone: (787) 738-3211

Attorneys for Appellant:

Alexis Fuentes-Hernández, Esq.
FUENTES LAW OFFICES, LLC
P.O. Box 9022726
San Juan, PR  00902-2726
Tel. (787) 722-5215, 5216

Francisco J. Ramos Martínez
Martínez-Álvarez, Menéndez Cortada & Lefranc Romero, PSC
Centro Seguros Building, Suite 407
701 Ponce de León Avenue,
San Juan, PR 00907-3248
Tel. (787) 721-1140

4. Appellant's Name: Municipality of Naguabo
Address: P.O. Box 40, Naguabo Puerto Rico, 00718
Telephone: (787) 874-3040.

Attorneys for Appellant:

Alexis Fuentes-Hernández, Esq.
FUENTES LAW OFFICES, LLC
P.O. Box 9022726
San Juan, PR 00902-2726
Tel. (787) 722-5215, 5216

Francisco J. Ramos Martínez
Martínez-Álvarez, Menéndez Cortada & Lefranc Romero, PSC
Centro Seguros Building, Suite 407
701 Ponce de León Avenue,
San Juan, PR 00907-3248
Tel. (787) 721-1140

## CERTIFICATE OF SERVICE

**I hereby certify** that on this date, I electronically filed the foregoing document with the United States Court of Appeals for the First Circuit using the CM/ECF system, which then caused the foregoing document to be served upon all counsel of record.


s/ Alexis Fuentes-Hernández, Esq.
**Alexis Fuentes-Hernández, Esq.**
**E-mail:** fuenteslaw@icloud.com